**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Oliver James, Jr. <br> 1822 Metzerott Road, Apt. 402 <br> Adelphi, MD   20783 <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON METROPOLITAN <br> AREA TRANSIT AUTHORITY <br> 600 Fifth St., N.W. <br> Washington, D.C.   20001 <br><br> and <br><br> Greenpark Corporation <br> d/b/a Greenbelt Road Shell <br> 6327 Greenbelt Road <br> Berwyn Heights, MD   20740 <br><br> Defendants. | CASE NO. 19-2032 |

**NOTICE OF REMOVAL**

Comes now Defendant, WMATA, by and through counsel, and pursuant to 28 U.S.C. 1441, and provides notice of removal of a civil action from the District Court for Prince George's County, Maryland.  In support of the removal, the Defendant states as follows:

On or about June 3, 2019, Plaintiff filed this action in the District Court for Prince George's County, Maryland, under the caption Oliver James, Jr. v. Washington Metropolitan Area Transit Authority, et al., 050200162872019.

Defendant Washington Metropolitan Area Transit Authority (WMATA) was Formally served with process in this action on or about June 14, 2019.

The Summons, Complaint, Notice of Intention to Defend (Greenpark Corporation d/b/a Greenbelt Road Shell) and cross-claim (Greenpark Corporation d/b/a Greenbelt Road Shell) filed in the District Court for Prince George's County, Maryland accompany this Removal.

This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at Md. Transp. Code Ann. 10-204(81) which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland, Virginia and the District of Columbia of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a State or District of Columbia Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. 1446).

Wherefore, Defendant, WMATA, requests that the entire action now pending in the District Court for Prince George's County, Maryland be removed to this Court.

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY


 /s/ Nicholas L. Phucas
Nicholas L. Phucas, #25678
Senior Counsel
WMATA
600 Fifth St., N.W.
Washington, D.C.   20001
(202) 962-2886
(202) 962-2550 (fax)
nlphucas@wmata.com
Attorney for Defendant WMATA

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Removal was served via U.S. Mail, postage pre-paid, this 10th day of July 2019, to:

Justin Turner
401 E. Pratt St., Suite 444
Baltimore, MD   21202

Sanford A. Friedman
John J. DiMarzio
1010 Vermont Ave., N.W., Suite 718
Washington, D.C.   20005

                                           /s/ Nicholas L. Phucas  
                                           Nicholas L. Phucas, #25678