IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Oliver James, Jr. | ) |
|     Plaintiff, | ) ) ) ) CASE NO. 19-2032 |
| v. | ) ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al. | ) ) ) ) |
|     Defendants. | ) ) |

**DEFENDANT'S FILING OF PREVIOUS FILINGS IN STATE COURT**

Defendant Washington Metropolitan Area Transit Authority hereby submits the filings previously made by Plaintiff in state court in this action being removed.

1. Summons

2. Complaint

3. Defendant Greenpark Corporation d/b/a Greenbelt Road Shell's notice of intention to defend.

4. Defendant Greenpark Corporation d/b/a Greenbelt Road Shell's cross claim

Respectfully Submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

_____
Nicholas L. Phucas, #25678
Senior Counsel
WMATA
600 Fifth St., N.W.
Washington, D.C.  20001
(202) 962-2886

(202) 962-2550 (fax)  
nlphucas@wmata.com  
Attorney for Defendant WMATA

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Filing of Previous Filings in State Court was served via U.S. Mail, postage pre-paid, this 10 day of July 2019, to:

Justin Turner  
401 E. Pratt St., Suite 444  
Baltimore, MD   21202

Sanford A. Friedman  
John J. DiMarzio  
1010 Vermont Ave., N.W., Suite 718  
Washington, D.C.   20005

_____  
Nicholas L. Phucas, #25678

2