IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| OLIVER JAMES, JR. | : |
| Plaintiff | : |
| v. | : Case No.: 050200162872019 |
| WASHINGTON METRO AREA TRANSIT AUTHORITY | : |
| And | : |
| GREENBELT ROAD SHELL | : |
| Defendants | : |

**DEFENDANT'S NOTICE OF INTENTION TO DEFEND
AND CROSS-CLAIM**

COMES NOW the defendant, and Greenpark Corporation d/b/a Greenbelt Road Shell, by and through counsel of record, Law Office of Sanford Friedman, L.L.C., and hereby files this notice of intention to defend this matter and as grounds for this notice of intention to defend, denies that they are liable for the acts alleged in the Complaint.

Respectfully submitted,

_____
Sanford A. Friedman, Esq.
John J. DiMarzio, Esq.
Law Office of Sanford Friedman, LLC
1010 Vermont Avenue, N.W. Suite 718
Washington, D.C. 20005
(202) 331-1060
SFriedman@sanfordfriedmanlaw.com
Counsel for Defendant Greenpark Corporation

## <u>CROSS CLAIM OF DEFENDANT GREENBELT SHELL AGAINST CO-DEFENDANT WASHINGTON METRO AREA TRANSIT AUTHORITY ('WMATA')</u>

**COMES NOW** the defendant, Greenpark Corporation, d/b/a Greenbelt Road Shell ("Greenbelt Road Shell", by and through counsel of record, Law Office of Sanford Friedman, L.L.C., and pursuant to Maryland Rule 3-331 hereby asserts this cross-claim against the co-defendant, Washington Metropolitan Area Transit Authority ("WMATA"), and as grounds for said cross-claim state as follows:

1. The Plaintiff, Oliver James, Jr., has filed the instant action against the defendants as the result of a collision that occurred on June 18, 2018, on Greenbelt Road at its intersection with Cherry Wood Lane in Prince George's County, Maryland, where a vehicle operated by an agent of the co-defendant WMATA collided with a vehicle operated by defendant. Plaintiff, Oliver James, Jr., was a passenger on the Metrobus and has brought the underlying Complaint against Defendants WMATA and Greenbelt Road Shell.

2. Defendant, Greenbelt Road Shell has denied the allegations of the Complaint.

3. If the Plaintiff, Oliver Janes, Jr., sustained damages as alleged, however, then said damages were the result of the sole and/or concurrent, active and/or primary negligence of the co-defendant, Washington Area Metro Transit Authority ("WMATA"), in contrast to the negligence of the defendant, Greenpark Corporation d/b/a Greenbelt Road Shell, which negligence is denied, which would be passive and/or secondary to that of WMATA. Defendant WMATA, through its agent and/or employee, was negligent in failing to maintain a proper lookout, failing to control their vehicle, and otherwise operating the vehicle negligently or recklessly, proximately causing the collision in question.

4. As a proximate result of the sole and/or concurrent, active and/or primary negligence of Washington Metropolitan Area Transit Authority ("WMATA"),, there exists a duty

on the part of WMATA to contribute towards and/or indemnify the co-defendant, Greenpark Corporation d/b/a Greenbelt Road Shell,, for any and all sums which defendant Greenpark Corporation may be adjudged liable to the Plaintiff.

WHEREFORE, defendant, Greenpark Corporation d/b/a Greenbelt Road Shell, hereby demands judgment against the co-defendant, Washington Metropolitan Area Transit Authority ("WMATA"), for contribution for any and all sums which co-defendant, Washington Metropolitan Area Transit Authority ("WMATA") may be adjudged liable to the Plaintiff, plus interest and costs of this lawsuit.

Respectfully submitted,

Sanford A. Friedman, Esq.
John J. DiMarzio, Esq.
Law Office of Sanford Friedman, LLC
1010 Vermont Avenue, N.W. Suite 718
Washington, D.C. 20005
(202) 331-1060
SFriedman@sanfordfriedmanlaw.com
Counsel for Defendant Greenpark Corporation

## CERTIFICATION

The undersigned counsels hereby certify that he is admitted to practice law in the State of Maryland, and is a member in good standing of the Maryland State Bar.

Respectfully submitted,

Sanford A. Friedman, Esq.
John J. DiMarzio, Esq.
Law Office of Sanford Friedman, L.L.C.
1010 Vermont Avenue, N.W. Suite 718
Washington, D.C. 20005
(202) 331-1060
SFriedman@sanfordfiredmanlaw.com
Counsel for Defendant Greenpark Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing was delivered, postage pre-paid, by first class mail on this __26th__ day of June 2019 to:

Justin A. Turner, Esquire
Slocumb Law Firm
401 E. Pratt Street, Suite 444
Baltimore, MD 21202

Washington Metro Area Transit Authority
SERVE: Carol O'Keefe
600 Fifth Street, N.W., Ste 2D
Washington, DC 20001

_____
Sanford A. Friedman, Esq.